

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2013
```

**By Facsimile (212-805-0426)**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Miguel Perez*, 12 Cr. 901 (LTS)

Dear Judge Swain:

    I write on behalf of the Government in the above-captioned matter, to respectfully request an adjournment of the status conference presently scheduled for Monday, February 25, 2013 before Your Honor.

    The Government and defense counsel, Annalisa Mirón, Esq., have been engaged in discussions concerning a potential resolution of this matter, but require additional time in order to complete these discussions. Specifically, a safety valve proffer is presently being scheduled. Accordingly, the Government requests an adjournment of the next status conference for approximately one month, and the exclusion of time under the Speedy Trial Act. I have conferred with Ms. Mirón, who consents both to the requested adjournment and to the exclusion of time under the Speedy Trial Act. This is the Government's first request for an adjournment.

THE APPLICATION IS GRANTED. THE CONFERENCE IS *adjourned to*
*3/28/13* AT *2:00 pm* IN COURTROOM *17C*. THE COURT FINDS PURSUANT TO 18
U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME
FROM TODAY'S DATE THROUGH *3/28/13* OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND
THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

*/s/ 2/25/13*
LAURA TAYLOR SWAIN, USDJ

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Justina L. Geraci
Assistant United States Attorney
Tel.: (212) 637-2468
Fax: (212) 637-2387

cc:   Annalisa Mirón, Esq.
      Federal Defenders of New York, Inc. (Fax: 212-571-0392)

TOTAL P.002